**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**

**03-0904**

**STATE OF LOUISIANA**

**VERSUS**

**$20,000.00 U.S. CURRENCY**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTY FIRST JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON DAVIS, NO. C-205-99
HONORABLE WENDELL R. MILLER, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**JOHN D. SAUNDERS**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Marc T. Amy, and Billy H. Ezell, Judges.

**AFFIRMED.**

Bennett R. LaPoint
Assistant District Attorney
P.O. Box 1388
Jennings, LA 70546
(337) 824-1893
Counsel for Plaintiff/Appellee:
    State of Louisiana

Barry A. Roach
Attorney at Law
2917 Ryan Street
Lake Charles, LA 70601
(337) 433-8504
Counsel for Defendant/Appellant:
    Harold Henry